**Order entered October 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01167-CV

### IN RE CRAIG WATKINS, Relator

**Original Proceeding from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-00257-V**

## ORDER

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** the writ of mandamus. We **ORDER** the trial judge, the Honorable Larry Mitchell, Judge of the 292nd Judicial District Court, Dallas, County Texas, to **VACATE** his order granting "Defendant's Motion Requesting that the Trial Court Conduct Pre-Trial Hearing to Determine Whether Defendant is Intellectually Disabled and Therefore Ineligible for the Death Penalty." Should the trial judge fail to comply with this order, the writ will issue. We **ORDER** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of his order issued in compliance with this order.

/s/     DOUGLAS S. LANG
          JUSTICE